United States Courts
Southern District of Texas
FILED
*October 09, 2025*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| vs. § | |
| § | **CRIMINAL NO. 4:25-cr-535** |
| **(1) ORLANDO CORTEZ HORTON, and** § | |
| **(2) LAKENYA MIMS HORTON** § | |
| § | |
| **Defendants.** § | |

## CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

### GENERAL ALLEGATIONS

At various times material to this Indictment:

### *The Defendants*

1.  Defendants **ORLANDO CORTEZ HORTON** and **LAKENYA MIMS HORTON** were residents of League City, Texas, within the Southern District of Texas.

2.  Defendant **ORLANDO CORTEZ HORTON** was employed as a civil servant for the National Aeronautics Space Administration ("NASA").

3.  Defendant **LAKENYA MIMS HORTON** was employed as a contractor for NASA.

### *The Small Business Administration and the CARES Act*

4.  The United States Small Business Administration ("SBA") was an executive-branch agency of the United States government that provided support to entrepreneurs and small businesses. The mission of the SBA was to maintain and strengthen the nation's economy by enabling the establishment and viability of small businesses and by assisting in the economic recovery of communities after disasters.

1

5. On or about March 27, 2020, the Coronavirus Aid, Relief, and Economic Security ("CARES") Act was enacted to provide emergency financial assistance to the millions of Americans suffering adverse economic effects caused by the COVID-19 pandemic. The CARES Act established several new temporary programs and provided for expansion of others, including programs created and/or administered by the SBA. The CARES Act established the Paycheck Protection Program and enhanced the Economic Injury Disaster Loan Program.

### *The Paycheck Protection Program*

6. One source of relief provided by the CARES Act was the authorization of forgivable loans to small businesses for job retention and certain other expenses, through a program referred to as the Paycheck Protection Program ("PPP"). The PPP provided for government-backed loans designed to incentivize small businesses to keep their workers on the payroll by providing funds for up to 8 weeks of estimated payroll costs, including benefits.

7. In order to obtain a PPP loan, a qualifying business was required to submit a PPP loan application signed by an authorized representative of the business. The PPP loan application required the business (through its authorized representative) to acknowledge the program rules and make certain affirmative certifications in order to be eligible to obtain the PPP loan. In the PPP loan application, the applicant (through its authorized representative) was required to state, among other things: (a) its average monthly payroll expenses; and (b) its number of employees. These figures were used to calculate the amount of money the small business was eligible to receive under the PPP. In addition, the applicant was required to provide documentation showing its payroll expenses. The applicant was also required to certify that the business was in operation on February 15, 2020, and had employees or paid independent contractors.

8. A business's PPP loan application was received and processed, in the first instance,

by a participating lender. If a PPP loan application was approved, the participating lender funded the PPP loan using its own monies, which were 100% guaranteed by the SBA.

9. PPP loan proceeds were required to be used by the business on certain permissible expenses: payroll costs, interest on mortgages, rent, and utilities. The PPP allowed the interest and principal on the PPP loan to be entirely forgiven if the business spent the loan proceeds on these expense items within a designated period of time after receiving the proceeds and used a certain amount of the PPP loan proceeds on payroll expenses.

### *The Economic Injury Disaster Loan Program*

10. The Economic Injury Disaster Loan ("EIDL") program is an SBA program that provides low-interest financing to small businesses in regions affected by declared disasters.

11. The CARES Act authorized the SBA to provide EIDLs to eligible small businesses experiencing substantial financial disruption due to the COVID-19 pandemic. In addition, the CARES Act authorized the SBA to issue advances of up to $10,000 to small businesses. The amount of the advance was determined by the number of employees the applicant reported under penalty of perjury. The advances did not have to be repaid.

12. In order to obtain an EIDL and advance, a qualifying business was required to submit an application to the SBA and provide information about its operations, such as the number of employees on a given date corresponding to the disaster at issue, as well as gross revenue and cost of goods sold for the 12-month period preceding that date. In the case of EIDLs for COVID-19 relief, the given date was January 31, 2020, and the 12-month period was February 2019 through January 2020. The applicant was required to certify that the information in the application was true and correct to the best of the applicant's knowledge under the penalty of perjury.

13. EIDL applications were submitted directly to the SBA and did not request a specific

loan amount. If the SBA approved the application, it determined the amount of the loan based, in part, on the information in the application concerning the number of employees, gross revenue, and cost of goods. The SBA directly issued any funds it approved as an advance or as an EIDL. Applicants were permitted to use EIDL funds for payroll expenses, sick leave, production costs, and business obligations, such as debts, rent, and mortgage payments. If the applicant also obtained a loan under the PPP, the EIDL funds could not be used for the same purpose as the PPP funds.

### *Relevant Lending Institutions & Other Financial Institutions*

14. The Federal Deposit Insurance Corporation ("FDIC") is an agency of the federal government which insures the deposits of member banks against loss with the purpose of preventing their collapse and instilling public confidence in the nation's banking institutions.

15. Cy-Fair Federal Credit Union ("Cy Fair FCU") was an FDIC-insured financial institution based in Houston, Texas.

16. Kabbage, Inc. ("Kabbage") was an FDIC-insured financial institution based in Atlanta, Georgia.

17. Allegiance Bank ("Allegiance") was an FDIC-insured financial institution based in Houston, Texas.

18. Customers Bank ("Customers") was an FDIC-insured financial institution based in Phoenixville, Pennsylvania.

19. Cy Fair FCU, Kabbage, Allegiance, and Customers were authorized by the SBA to participate as PPP lenders to small businesses.

### COUNT ONE
**(Conspiracy to Commit Wire Fraud)**

20. The Grand Jury re-alleges paragraphs 1 through 19 of this Indictment.

21. From in or around April 2020 through in or around May 2021, within the Southern

District of Texas and elsewhere,

**ORLANDO CORTEZ HORTON and
LAKENYA MIMS HORTON**

defendants herein, did knowingly and willfully combine, conspire, confederate, and agree with each other and others, known and unknown to the Grand Jury, to commit certain offenses against the United States, namely: wire fraud, that is to knowingly devise and intend to devise, a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing such scheme and artifice, did knowingly transmit and cause to be transmitted, by means of wire communication in interstate and foreign commerce, certain writings, signs, signals, pictures, and sounds, in violation of Title 18, United States Code, Section 1343.

**All in violation of Title 18, United States Code, Section 1349.**

*<u>Overview of the Conspiracy and the Scheme to Defraud</u>*

22. During the conspiracy period alleged above, within the Southern District of Texas and elsewhere, the defendants conspired together and with others, and with intent to defraud, participated in a scheme and artifice to defraud the SBA, Cy Fair FCU, Kabbage, Allegiance, and Customers, to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

23. As part of the conspiracy, the defendants submitted, and caused to be submitted, false and fraudulent PPP and EIDL loan applications to the SBA, Cy Fair FCU, Kabbage, Allegiance, and Customers, many of which were subsequently funded, as described below.

| Business Name | Application Date | Loan Type (Lender) | Amount | Funded |
|---|---|---|---|---|
| Picture Perfect Cuts (PP Cuts) | June 4, 2020 | PPP (Cy Fair FCU) | $33,700 | Yes |
| Picture Perfect Construction (PP Construction) | June 17, 2020 | PPP (Kabbage) | $120,933 | Yes |
| Horton Business Innovations, LLC (HBI) | July 6, 2020 | PPP (Kabbage) | $131,410 | Yes |
| Picture Perfect Cuts (PP Cuts) | March 26, 2021 | PPP (Allegiance) | $20,833 | Yes |
| Picture Perfect Hair Studio (PP Hair) | April 5, 2021 | PPP (Allegiance) | $20,833 | Yes |
| Picture Perfect Construction (PP Construction) | April 20, 2021 | PPP (Customers) | $141,828 | Yes |
| Picture Perfect Taxes | April 8, 2020 | EIDL (SBA) | $19,000 | No |
| PP Cuts | April 8, 2020 | EIDL (SBA) | $36,400 | No |
| PP Hair | April 9, 2020 | EIDL (SBA) | $31,200 | No |
| Mirror Finish Auto Detail | April 9, 2020 | EIDL (SBA) | $23,390 | No |
| PP Construction | April 9, 2020 | EIDL (SBA) | $24,300 | No |
| Horton Enterprises | April 9, 2020 | EIDL (SBA) | $9,935 | No |
| MTEM | April 14, 2020 | EIDL (SBA) | $31,750 | No |
| J. Harris Barber College | April 14, 2020 | EIDL (SBA) | $6,989 | No |
| PP Cuts | June 15, 2020 | EIDL (SBA) | $36,400 | No |
| PP Construction | June 16, 2020 | EIDL (SBA) | $24,300 | No |
| PP Hair | June 17, 2020 | EIDL (SBA) | $31,200 | No |
| PP Construction | September 9, 2020 | EIDL (SBA) | $12,500 | No |
| Horton Properties LLC | September 9, 2020 | EIDL (SBA) | $127,500 | No |
| Horton Enterprises | October 26, 2020 | EIDL (SBA) | - | No |
| PP Construction | October 26, 2020 | EIDL (SBA) | - | No |
| Horton Properties LLC | January 14, 2021 | EIDL (SBA) | $105,000 | No |

### *Manner and Means of the Conspiracy and Scheme*

24.     It was part of the scheme that Defendants **ORLANDO CORTEZ HORTON and LAKENYA MIMS HORTON**, and co-conspirators known and unknown to the Grand Jury would submit and cause to be submitted fraudulent PPP and EIDL loan applications to induce lenders to approve loans to businesses that did not qualify to receive loans, or to induce lenders to approve loans in amounts above what businesses were entitled to receive.

      a.      Some fraudulent PPP and EIDL loan applications submitted by Defendants were for businesses with no existing operations, employees, and payroll. On the applications, Defendants would falsely represent that the businesses had employees and monthly payroll.

      b.      Some fraudulent PPP and EIDL loan applications submitted Defendants were for businesses with existing operations, employees, and payroll. On the applications, Defendants would inflate the number of employees and monthly payroll of the businesses, to increase the loan amounts that the businesses would receive.

25.    It was part of the scheme that Defendants **ORLANDO CORTEZ HORTON and LAKENYA MIMS HORTON**, and co-conspirators known and unknown to the Grand Jury would submit and cause to be submitted fraudulent documents to substantiate their false statements to lenders regarding operations, number of employees, and monthly payroll of businesses seeking PPP and EIDL loans. These documents would include but are not limited to falsified Schedule C income from the businesses.

26.    It was part of the scheme that Defendants **ORLANDO CORTEZ HORTON and LAKENYA MIMS HORTON**, and other co-conspirators known and unknown to the Grand Jury used PPP loan funds to make large cash withdrawals and to pay for unauthorized and non-business expenses, including but not limited to the purchase and refurbishing of a duplex community in Belzoni, Mississippi.

27.    It was part of the scheme that Defendants **ORLANDO CORTEZ HORTON and LAKENYA MIMS HORTON**, and other co-conspirators known and unknown to the Grand Jury submitted and caused to be submitted applications for forgiveness of their PPP loans which falsely stated that the PPP loan funds had been used only for authorized business purposes.

28. In order to accomplish the object of the conspiracy, Defendants **ORLANDO CORTEZ HORTON and LAKENYA MIMS HORTON**, and other co-conspirators known and unknown to the Grand Jury, committed the following acts, among others, in furtherance of the conspiracy:

PPP Application for Picture Perfect Cuts (PP Cuts)

29. On or about June 4, 2020, Defendants **ORLANDO CORTEZ HORTON and LAKENYA MIMS HORTON**, and other co-conspirators known and unknown to the Grand Jury submitted and caused to be submitted an PPP application for PP Cuts to the SBA. The application falsely represented that PP Cuts had 1 employee and an average monthly payroll of $13,500. Attached in support of the application were fraudulent IRS tax forms. The Schedule C submitted to the SBA included a net profit of $167,500.  This is inconsistent with the amount Defendants **ORLANDO CORTEZ HORTON and LAKENYA MIMS HORTON** reported on their filed 2019 tax return with the Internal Revenue Service ("IRS"), of ($19,200).

30. Cy Fair FCU approved a PPP loan to PP Cuts in the amount of $33,700 and disbursed the same amount in Cy Fair FCU account number *8005, Orlando C Horton DBA Picture Perfect Cut.

31. On or about March 26, 2021, Defendants **ORLANDO CORTEZ HORTON and LAKENYA MIMS HORTON**, and other co-conspirators known and unknown to the Grand Jury submitted and caused to be submitted PPP Second Draw application for PP Cuts to the SBA. The application falsely represented that PP Cuts had 2 employees and an average monthly payroll of $8,333.

32. Allegiance approved a PPP loan to PP Cuts in the amount of $20,833 and disbursed the same amount in Cy Fair FCU account number *8005, Orlando C Horton DBA Picture Perfect

Cut.

33. On or about December 10, 2020, Defendants submitted a loan forgiveness application to the SBA for PP Cuts' PPP loan. The application contained materially false information regarding the use of the loan proceeds on eligible costs. The SBA granted forgiveness of PP Cuts' PPP loan.

PPP Application for Picture Perfect Construction (PP Construction)

34. On or about June 17, 2020, Defendants **ORLANDO CORTEZ HORTON and LAKENYA MIMS HORTON**, and other co-conspirators known and unknown to the Grand Jury submitted and caused to be submitted an PPP application for PP Construction to the SBA. The application falsely represented that PP Cuts had 7 employees and an average monthly payroll of $48,398. Attached in support of the application were fraudulent IRS tax forms. The Schedule C submitted to the SBA included a net profit of $143,360. This is inconsistent with Defendants **ORLANDO CORTEZ HORTON and LAKENYA MIMS HORTON** filed 2019 tax return with the Internal Revenue Service ("IRS") as they did not report a company named PP Construction.

35. Kabbage approved a PPP loan to PP Construction in the amount of $120,993 and disbursed the same amount in Guaranty Bank account number *6732, Picture Perfect Construction.

36. On or about April 20, 2021, Defendants **ORLANDO CORTEZ HORTON and LAKENYA MIMS HORTON**, and other co-conspirators known and unknown to the Grand Jury submitted and caused to be submitted PPP Second Draw application for PP Construction to the SBA. The application falsely represented that PP Cuts had 1 employee and an average monthly payroll of $56,731.

37. Customers approved a PPP loan to PP Construction in the amount of $141,828 and disbursed the same amount in Guaranty Bank account number *6732, Picture Perfect Construction.

PPP Application for Horton Business Innovations (HBI)

38.     On or about July 6, 2020, Defendants **ORLANDO CORTEZ HORTON and LAKENYA MIMS HORTON**, and other co-conspirators known and unknown to the Grand Jury submitted and caused to be submitted an PPP application for HBI to the SBA. The application falsely represented that HBI had 9 employees and an average monthly payroll of $52,564. Attached in support of the application were fraudulent IRS tax forms. The Schedule C submitted to the SBA for HBI was for an unrelated entity named YCP Tax Services. The Defendants **ORLANDO CORTEZ HORTON and LAKENYA MIMS HORTON** filed 2019 tax return with the IRS did not report a company named HBI.

39.     Kabbage approved a PPP loan to HBI in the amount of $131,410 and disbursed the same amount in Wells Fargo account number *4586, Lakenya Horton.

PPP Application for Picture Perfect Hair Studio (PP Hair)

40.     On or about April 5, 2021, Defendants **ORLANDO CORTEZ HORTON and LAKENYA MIMS HORTON**, and other co-conspirators known and unknown to the Grand Jury submitted and caused to be submitted an PPP application for PP Hair to the SBA. The application falsely represented that PP Hair had 1 employee and an average monthly payroll of $8,333. Attached in support of the application were fraudulent IRS tax forms. The Schedule C submitted to the SBA included a net profit of $105,000. This is inconsistent with Defendants **ORLANDO CORTEZ HORTON and LAKENYA MIMS HORTON** filed 2019 tax return with the IRS as they did not report a company named PP Hair.

41.     Allegiance approved a PPP loan to PP Hair in the amount of $20,833 and disbursed the same amount in Wells Fargo account number *4586, Lakenya Horton.

## COUNTS TWO THROUGH SEVEN
### (Wire Fraud)

42. The Grand Jury re-alleges paragraphs 1 through 41 of this Indictment.

43. On or about the dates listed below, in the Southern District of Texas and elsewhere, the following defendants, with the intent to defraud, for the purpose of executing and attempting to execute the above-described scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, did transmit and cause to be transmitted in interstate commerce the wire communications identified below.

| Count | Business | Date | Wire Communication |
|---|---|---|---|
| 2 | **PICTURE PERFECT CUTS** | June 4, 2020 | Electronic submission of Picture Perfect Cuts' PPP application (Cy Fair FCU) |
| 3 | **PICTURE PERFECT CONSTRUCTION** | June 17, 2020 | Electronic submission of Picture Perfect Construction's PPP application (Kabbage) |
| 4 | **HORTON BUSINESS INNOVATIONS** | July 6, 2020 | Electronic submission of Horton Business Innovations' PPP application (Kabbage) |
| 5 | **PICTURE PERFECT CUTS** | March 26, 2021 | Electronic submission of Picture Perfect Cuts' PPP application (Allegiance Bank) |
| 6 | **PICTURE PERFECT HAIR STUDIO** | April 5, 2021 | Electronic submission of Picture Perfect Hair Studio's PPP application (Allegiance Bank) |
| 7 | **PICTURE PERFECT CONSTRUCTION** | April 20, 2021 | Electronic submission of Picture Perfect Construction's PPP application (Customers Bank) |

**All in violation of Title 18, United States Code, Section 1343 and 2.**

**NOTICE OF FORFEITURE**
**(18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c))**

44.  Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendants that in the event of their conviction of any of the offenses charged in Counts One through Seven of this Indictment, all property, real or personal, which constitutes or is derived from proceeds traceable to such offenses, is subject to forfeiture.

*Money Judgment and Substitution Assets*

45.  Defendants are notified that upon conviction, the United States will seek a money judgment against each defendant. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exist, the United States will seek to forfeit any other property of the defendants up to the amount of the money judgment against that defendant.

A True Bill:

Original Signature on File

_____
Grand Jury Foreperson

NICHOLAS J. GANJEI
United States Attorney

By:  *Karen M. Lansden*
Karen M. Lansden
Assistant United States Attorneys
713-567-9000